JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jennifer R. Bigger, et al. | ) | SACV 13-00202-JST(JPRx) |
| | ) | |
| | ) | ORDER DISMISSING CASE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| US Bank National Association, et al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 17, 2013, the Court ordered plaintiff to Show Cause why this action should not be dismissed for lack of prosecution. To date, plaintiff has not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court.

IT IS SO ORDERED.

Dated: July 1, 2013

JOSEPHINE STATON TUCKER
Honorable Josephine Staton Tucker
U.S. District Court Judge